UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANGELA MILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-CV-20-DCP |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Court **SUSTAINS** Plaintiff's Statement of Errors [**Doc. 16**] and **REMANDS** the case for further consideration.

IT IS SO ORDERED.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT